DOCUMENT 2



ELECTRONICALLY FILED
3/14/2017 3:47 PM
03-CV-2017-900396.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
TIFFANY B. MCCORD, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| LORETHA I. NELSON,<br>(Plaintiff) | Civil Action No.: |
| VS. | |
| OUTBACK STEAKHOUSE<br>(Defendant) | |

## COMPLAINT

### STATEMENT OF PARTIES

1. Plaintiff, is over the age of majority and is a resident of Montgomery County, Alabama.

2. Upon best information and belief, Defendant, Outback Steakhouse Inc. (Hereinafter "Outback" or "Defendant") is a foreign corporation formed under the laws doing business in the state of Alabama. Their registered agent is CSC Lawyers Incorporated Service, Inc., 150 S. Perry Street, Montgomery, Alabama 36104.

3. Outback is the corporation, or entity whose wrongful conduct caused or contributed to the cause of the injuries and damages to the plaintiff, all of whose true and correct names are unknown to the plaintiff at this time, but will be substituted by amendment when ascertained.

4. Unless otherwise specified, the term "Defendant" as used hereafter shall refer to Outback Steakhouse."

## COUNT I

### (Negligence & Wantonness)

5. On or about March 14, 2015, Plaintiff, Loretha Nelson was an invitee of Outback Steakhouse in Montgomery, Alabama.

6. On said date and time, Defendant negligently and/or wantonly caused or allowed a dangerous condition to exist and without warning to the Plaintiff that the dangerous condition existed and had existed for some time, i.e., standing water. As a result of Defendants' negligence and/or wantonness in allowing the dangerous condition to exist, Plaintiff was caused to trip and fall down on the surface and sustained injury. Defendant had actual or constructive notice that the dangerous condition existed and failed to remedy the same resulting in Plaintiff's injuries. Further, Plaintiff was not aware of the dangerous condition and was not warned of said dangerous condition by defendants.

7. More Specifically, Defendant breached its lawful duty owed to Plaintiff in failing to exercise reasonable care and maintenance of the area, which resulted in aforesaid injury to the Plaintiff. In addition, Defendant failed to remedy the dangerous condition, which existed on the premises by allowing no markings in the area where an invitee would walk and without giving Plaintiff warning of danger.

8. As a proximate consequence of the Defendants' negligence and/or wantonness, the Plaintiff was caused to suffer the following injuries and damages: cervical and lumbar injuries; lameness, numbness, and soreness; medical expenses; mental anguish and emotional distress; and she was otherwise permanently injured and damaged.

DOCUMENT 2

WHEREFORE, Plaintiff demands judgment against the Defendant in an amount that exceeds the jurisdictional minimum of this court. Plaintiff demands any and all other relief in which she may be entitled.

Respectfully Submitted,

Loretha I. Nelson, Plaintiff

**Defendant may be served at:**

CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, Alabama 36104